of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.

■ MARY ANN STEVENS et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v AMERICAN WATER SERVICES, INC., Formerly Known as AMERICAN ANGLIAN ENVIRONMENTAL TECHNOLOGIES, L.P., et al., Respondents. (Appeal No. 1.) MARY ANN STEVENS et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v AMERICAN WATER SERVICES, INC., Formerly Known as AMERICAN ANGLIAN ENVIRONMENTAL TECHNOLOGIES, L.P., et al., Respondents. (Appeal No. 2.) MARY ANN STEVENS et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v AMERICAN WATER SERVICES, INC., Formerly Known as AMERICAN ANGLIAN ENVIRONMENTAL TECHNOLOGIES, L.P., et al., Respondents. (Appeal No. 3.) MARY ANN STEVENS et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v AMERICAN WATER SERVICES, INC., Formerly Known as AMERICAN ANGLIAN ENVIRONMENTAL TECHNOLOGIES, L.P., et al., Respondents. (Appeal No. 4.) [825 NYS2d 651]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Martoche and Green, JJ.

■ GARY BEDROSIAN et al., Respondents, v STEVEN GUZY et al., Defendants, and GERALD A. LEIGHTON, JR., et al., Appellants. (Appeal No. 2.) [825 NYS2d 652]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Martoche and Green, JJ.

■ RONALD A. MARLETT et al., Respondents, v RICHARD A. HENNESSY, JR., et al., Appellants. [825 NYS2d 652]—Motion for reargument denied. Present—Scudder, P.J., Gorski, Smith and Pine, JJ.

■ In the Matter of SOUTHSIDE ACADEMY CHARTER SCHOOL et al., Appellants, v CITY OF SYRACUSE et al., Respondents. (Appeal No. 2.) [825 NYS2d 651]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Gorski, Smith and Pine, JJ.

■ GREGORY G. STIVER et al., Respondents, v GOOD & FAIR CARTING & MOVING, INC., Appellant. [825 NYS2d 652]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith and Pine, JJ.

■ DENNIS RIDDELL et al., Respondents, v JUNE A. BROWN, Appellant, et al., Defendants. (Appeal No. 5.) [825 NYS2d 652]—Motion for reargument denied. Present—Scudder, P.J., Martoche, Smith and Pine, JJ.